# Exhibit F to Complaint | *Cloud Controls v. Samsung*

# Preliminary Infringement Chart for U.S. Patent No. 10,025,552

# U.S. Patent No. 10,025,552



# Claim 1 – U.S. Patent No. 10,025,552

1. An apparatus, comprising:

a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes, the individual selections of the one or more control components to remain enabled when the apparatus is in a locked state during the individual operational mode such that the apparatus is to continue to be able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during the individual operational mode and not able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during another individual operational mode of the plurality of operational modes;

a first control component of the plurality of control components;

a second control component of the plurality of control components; and

a control selection component to cause the apparatus to be switched between a locked state and an unlocked state upon activation of the control selection component, wherein:

while the apparatus is in the locked state during the individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the second control component but is allowed to act on any received input from the first control component,

while the apparatus is in the locked state during the other individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the first control component and from the second control component, and

while the apparatus is in the unlocked state, the apparatus is allowed to act on any received input from the first control component and from the second control component, regardless of whether the first or second control component has been selected via the selection input.

# Representative Product – Samsung Note 20 Ultra



*Source: Samsung Note 20 Ultra User Manual, page 5*

# Claim 1 – U.S. Patent No. 10,025,552

1. <u>An apparatus, comprising:</u>
a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes, the individual selections of the one or more control components to remain enabled when the apparatus is in a locked state during the individual operational mode such that the apparatus is to continue to be able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during the individual operational mode and not able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during another individual operational mode of the plurality of operational modes;
a first control component of the plurality of control components;
a second control component of the plurality of control components; and

\* \* \*

**The Samsung Note 20 Ultra is an apparatus.**



*Source:* https://www.samsung.com/us/support/mobile/phones/galaxy-note/galaxy-note20-ultra-5g/?msockid=0ade97a549036f412b8d856048876eb0

# Claim 1 – U.S. Patent No. 10,025,552

1. An apparatus, comprising:
<u>a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes, the individual selections of the one or more control components to remain enabled when the apparatus is in a locked state during the individual operational mode such that the apparatus is to continue to be able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during the individual operational mode and not able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during another individual operational mode of the plurality of operational modes;</u>
a first control component of the plurality of control components;
a second control component of the plurality of control components; and

\* \* \*

**The "operational mode" is set to show music controls "when you tap the clock on the Lock screen." The music toggle is in the Widgets setting of the Samsung Note 20 Ultra.**

**The "selection input" includes the touchscreen display where the "one or more control components" comprises the previous song, next song, pause, play, cancel, and scrubber bar that controls the media.**





Source: https://youtu.be/hNi6ypbfJu4?si=ncGLgv2jpR1db90v

**The "selection input" also includes mechanical buttons on the side of the phone where the "control components" comprise the volume keys which control the volume of the media.**

Source: *Samsung Note 20 Ultra Screenshot*

# Claim 1 – U.S. Patent No. 10,025,552

1. An apparatus, comprising:
<u>a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes, the individual selections of the one or more control components to remain enabled when the apparatus is in a locked state during the individual operational mode such that the apparatus is to continue to be able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during the individual operational mode and not able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during another individual operational mode of the plurality of operational modes;</u>
a first control component of the plurality of control components;
a second control component of the plurality of control components; and

\* \* \*

**The "operational mode" is set to show music controls "when you tap the clock on the Lock screen." The music toggle is in the Widgets setting of the Samsung Note 20 Ultra.**

**The "control components" on the display screen are not able to receive input when the apparatus is in the locked state.**





*Source:* https://youtu.be/hNi6ypbfJu4?si=ncGLgv2jpR1db90v

*Source: Samsung Note 20 Ultra Screenshot*

# Claim 1 – U.S. Patent No. 10,025,552

1. An apparatus, comprising:
a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes, the individual selections of the one or more control components to remain enabled when the apparatus is in a locked state during the individual operational mode such that the apparatus is to continue to be able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during the individual operational mode and not able to receive input from the individual selections of the one or more control components when the apparatus is in the locked state during another individual operational mode of the plurality of operational modes;
<u>a first control component of the plurality of control components</u>;
<u>a second control component of the plurality of control components;</u> and

\* \* \*



a "first control component" is the down volume key

a "second control component" is the next song button

*Source:* https://youtu.be/hNi6ypbfJu4?si=ncGLgv2jpR1db90v

# Claim 1 – U.S. Patent No. 10,025,552

\* \* \*

a control selection component to cause the apparatus to be switched between a locked state and an unlocked state upon activation of the control selection component, wherein:

while the apparatus is in the locked state during the individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the second control component but is allowed to act on any received input from the first control component,

while the apparatus is in the locked state during the other individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the first control component and from the second control component, and

while the apparatus is in the unlocked state, the apparatus is allowed to act on any received input from the first control component and from the second control component, regardless of whether the first or second control component has been selected via the selection input.

**The "control selection component" is the side key that causes the apparatus to be switched between a locked and unlocked state.**



Source: *Samsung Note 20 Ultra User Manual*, page 13

Source: *Samsung Note 20 Ultra*

# Claim 1 – U.S. Patent No. 10,025,552

\* \* \*

a control selection component to cause the apparatus to be switched between a locked state and an unlocked state upon activation of the control selection component, wherein:

<u>while the apparatus is in the locked state during the individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the second control component but is allowed to act on any received input from the first control component,</u>

while the apparatus is in the locked state during the other individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the first control component and from the second control component, and

while the apparatus is in the unlocked state, the apparatus is allowed to act on any received input from the first control component and from the second control component, regardless of whether the first or second control component has been selected via the selection input.

**In one operational mode, when the phone is in the locked state, the down volume key (first control component) acts on received input, but the next song button (second control component) does act on received input.**



a "first control component" is the down volume key

a "second control component" is the next song button

*Source:* https://youtu.be/hNi6ypbfJu4?si=ncGLgv2jpR1db90v

# Claim 1 – U.S. Patent No. 10,025,552

\* \* \*

a control selection component to cause the apparatus to be switched between a locked state and an unlocked state upon activation of the control selection component, wherein:

while the apparatus is in the locked state during the individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the second control component but is allowed to act on any received input from the first control component,

while the apparatus is in the locked state during the other individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the first control component and from the second control component, and

while the apparatus is in the unlocked state, the apparatus is allowed to act on any received input from the first control component and from the second control component, regardless of whether the first or second control component has been selected via the selection input.

**In the other operational mode, when the phone is in the locked state, the down volume key (first control component) does not act on received input and the next song button (second control component) does not act on received input.**



a "first control component" is the down volume key

a "second control component" is the next song button

*Source:* https://youtu.be/hNi6ypbfJu4?si=ncGLgv2jpR1db90v

# Claim 1 – U.S. Patent No. 10,025,552

\* \* \*

a control selection component to cause the apparatus to be switched between a locked state and an unlocked state upon activation of the control selection component, wherein:

while the apparatus is in the locked state during the individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the second control component but is allowed to act on any received input from the first control component,

while the apparatus is in the locked state during the other individual operational mode with the first control component having been selected via the selection input, but not the second control component, the apparatus is prevented from acting on any received input from the first control component and from the second control component, and

<u>while the apparatus is in the unlocked state, the apparatus is allowed to act on any received input from the first control component and from the second control component, regardless of whether the first or second control component has been selected via the selection input</u>.



a "first control component" is the down volume key

a "second control component" is the next song button

**When the phone is in unlocked state, the down volume key (first control component) and the next song button (second control component) are allowed to act on any received input.**

*Source:* https://youtu.be/hNi6ypbfJu4?si=ncGLgv2jpR1db90v