# **Exhibit I** to Complaint | *Cloud Controls v. Samsung*

# Preliminary Infringement Chart for U.S. Patent No. 8,200,866

# U.S. Patent No. 8,200,866

US008200866B2

(12) **United States Patent**
Salman et al.

(10) Patent No.: US 8,200,866 B2
(45) Date of Patent: *Jun. 12, 2012

(54) REDUCED KEYPAD FOR A MOBILE COMMUNICATION DEVICE FOR PREDICTIVE INPUT

(75) Inventors: **Majeed D. Salman**, Redmond, WA (US); **G. Eric Engstrom**, Kirkland, WA (US)

(73) Assignee: **Varia Holdings LLC**, Brooklyn, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 657 days.
This patent is subject to a terminal disclaimer.

(21) Appl. No.: 11/547,826
(22) PCT Filed: Feb. 17, 2005
(86) PCT No.: PCT/US2005/005013
§ 371 (c)(1), (2), (4) Date: Oct. 6, 2006
(87) PCT Pub. No.: WO2005/109644
PCT Pub. Date: Nov. 17, 2005

(65) **Prior Publication Data**
US 2008/0122658 A1  May 29, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/565,638, filed on Apr. 27, 2004, provisional application No. 60/566,676, filed on Apr. 30, 2004, provisional application No. 60/567,214, filed on Apr. 30, 2004, provisional application No. 60/566,704, filed on Apr. 30, 2004.

(51) Int. Cl.
G06F 13/12 (2006.01)
G06F 13/38 (2006.01)
H03M 11/00 (2006.01)
H03K 17/94 (2006.01)

(52) U.S. Cl. .......... 710/67; 341/22; 341/23; 341/28; 341/34; 345/168; 345/171
(58) Field of Classification Search .......... 11/67; 710/67
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS
2,040,248 A * 5/1936 Dvorak et al. .......... 400/486
(Continued)

OTHER PUBLICATIONS
International Telecommunication Union, Telecommunication Standardizaion Sector of ITU Q.23, 1988, Extract from the Blue Book, "Technical Features of Push-Button Telephone Sets".*
(Continued)

Primary Examiner — Chun-Kuan Lee
Assistant Examiner — Brooke Dews
(74) Attorney, Agent, or Firm — Schwabe, Williamson & Wyatt, P.C.

(57) **ABSTRACT**

An apparatus (600) is provided with a first (635) and a second (645) plurality of input keys. At least some input keys of the first plurality of input keys are associated with both a numeric value and a first set of alphabetic values, and arranged in a first alphabetic keypad layout based on their respective first sets of alphabetic values. The second plurality of input keys are positioned adjacent to the first plurality of input keys. At least some input keys of the second plurality of input keys are associated with at least one alphabetic value, and arranged in a second alphabetic keypad layout. At least some of the input keys of the first plurality of input keys have a second set of alphabetic values that is used as part of the second alphabetic keypad layout and at least some of the input keys of the first and second pluralities of input keys are arranged to provide a reduced group of words generated by a predictive text input routine for an input key sequence entered by a user.

25 Claims, 9 Drawing Sheets

## Claim 1 – U.S. Patent No. 8,200,866

1. An apparatus comprising:

a plurality of input keys collectively forming an alphabetic keypad layout and an alphanumeric keypad layout, wherein the plurality of input keys includes a first input key associated with an alphabetic character set of the alphabetic keypad layout and further associated with an alphanumeric character set of the alphanumeric keypad layout, the alphabetic character set including a first set of alphabetic characters and the alphanumeric character set including a number and a second set of alphabetic characters;

wherein the apparatus is configured to operate in a first mode to receive as input a first alphabetic character out of said first set of alphabetic characters in response to an activation of the first input key, and in a second mode to receive as input a second alphabetic character out of the second set of alphabetic characters in response to an activation of the first input key, the second alphabetic character out of the second set of alphabetic characters being separate and distinct from the first alphabetic character out of the first set of alphabetic characters; and

wherein the alphabetic keypad layout includes two or more alphabetic characters sequentially reordered to reduce a number of words generated by a predictive input routine; and

wherein:

the apparatus is configured, as part of receiving as input the first alphabetic character out of the first set of alphabetic characters in the first mode, to receive a single activation of the first input key; and

the apparatus is further configured, as part of receiving as input the second alphabetic character out of the second set of alphabetic characters in the second mode, to allow for selection of the second alphabetic character out of the second set of alphabetic characters through one or more consecutive activations of the first input key.

# Representative Product – Samsung Note 20 Ultra



*Source:* https://www.samsung.com/us/smartphones/galaxy-canvas/



*Source:* Samsung Note 20 Ultra



*Source:* https://www.youtube.com/watch?v=VWCJnppA_jw  at 2:19

# Claim 1 – U.S. Patent No. 8,200,866

1.  An apparatus comprising:
a plurality of input keys collectively forming an alphabetic keypad layout and an alphanumeric keypad layout,
wherein the plurality of input keys includes a first input key associated with an alphabetic character set of the alphabetic keypad layout and further associated with an alphanumeric character set of the alphanumeric keypad layout, the alphabetic character set including a first set of alphabetic characters and the alphanumeric character set including a number and a second set of alphabetic characters;

wherein the apparatus is configured to operate in a first mode to receive as input a first alphabetic character out of said first set of alphabetic characters in response to an activation of the first input key, and in a second mode to receive as input a second alphabetic character out of the second set of alphabetic characters in response to an activation of the first input key, the second alphabetic character out of the second set of alphabetic characters being separate and distinct from the first alphabetic character out of the first set of alphabetic characters;

and wherein the alphabetic keypad layout includes two or more alphabetic characters sequentially reordered to reduce a number of words generated by a predictive input routine;
and wherein: the apparatus is configured, as part of receiving as input the first alphabetic character out of the first set of alphabetic characters in the first mode, to receive a single activation of the first input key;

and the apparatus is further configured, as part of receiving as input the second alphabetic character out of the second set of alphabetic characters in the second mode, to allow for selection of the second alphabetic character out of the second set of alphabetic characters through one or more consecutive activations of the first input key.

**The Samsung Galaxy Note 20 Ultra is an apparatus with a plurality of input keys collectively forming an alphabetic keypad layout and an alphanumeric keypad layout.**



*Source: https://www.youtube.com/watch?v=VWCJnppA_jw  at 3:03*

**The input keys include a first key associated with an alphabetic character set and associated with an alphanumeric character set.**

# Claim 1 – U.S. Patent No. 8,200,866

1. An apparatus comprising:
a plurality of input keys collectively forming an alphabetic keypad layout and an alphanumeric keypad layout,
wherein the plurality of input keys includes a first input key associated with an alphabetic character set of the alphabetic keypad layout and further associated with an alphanumeric character set of the alphanumeric keypad layout, the alphabetic character set including a first set of alphabetic characters and the alphanumeric character set including a number and a second set of alphabetic characters;

wherein the apparatus is configured to operate in a first mode to receive as input a first alphabetic character out of said first set of alphabetic characters in response to an activation of the first input key, and in a second mode to receive as input a second alphabetic character out of the second set of alphabetic characters in response to an activation of the first input key, the second alphabetic character out of the second set of alphabetic characters being separate and distinct from the first alphabetic character out of the first set of alphabetic characters;

and wherein the alphabetic keypad layout includes two or more alphabetic characters sequentially reordered to reduce a number of words generated by a predictive input routine;
and wherein: the apparatus is configured, as part of receiving as input the first alphabetic character out of the first set of alphabetic characters in the first mode, to receive a single activation of the first input key;

and the apparatus is further configured, as part of receiving as input the second alphabetic character out of the second set of alphabetic characters in the second mode, to allow for selection of the second alphabetic character out of the second set of alphabetic characters through one or more consecutive activations of the first input key.

**The first mode to receive input includes the first set of alphabetic characters that are capitalized.**



*Source: https://www.youtube.com/watch?v=imgKZxqmcs8 at 0:24*

**The shift key is the "first input key."**

**The second mode occurs after the shift key is pressed and the second set of alphabetic characters are shown as lowercase characters.**



*Source: https://www.youtube.com/watch?v=imgKZxqmcs8 at 1:12*

# Claim 1 – U.S. Patent No. 8,200,866

1. An apparatus comprising:
a plurality of input keys collectively forming an alphabetic keypad layout and an alphanumeric keypad layout,
wherein the plurality of input keys includes a first input key associated with an alphabetic character set of the alphabetic keypad layout and further associated with an alphanumeric character set of the alphanumeric keypad layout, the alphabetic character set including a first set of alphabetic characters and the alphanumeric character set including a number and a second set of alphabetic characters;

wherein the apparatus is configured to operate in a first mode to receive as input a first alphabetic character out of said first set of alphabetic characters in response to an activation of the first input key, and in a second mode to receive as input a second alphabetic character out of the second set of alphabetic characters in response to an activation of the first input key, the second alphabetic character out of the second set of alphabetic characters being separate and distinct from the first alphabetic char acter out of the first set of alphabetic characters;

and wherein the alphabetic keypad layout includes two or more alphabetic characters sequentially reordered to reduce a number of words generated by a predictive input routine;
and wherein: the apparatus is configured, as part of receiving as input the first alphabetic character out of the first set of alphabetic characters in the first mode, to receive a single activation of the first input key;

and the apparatus is further configured, as part of receiving as input the second alphabetic character out of the second set of alphabetic characters in the second mode, to allow for selection of the second alphabetic character out of the second set of alphabetic characters through one or more consecutive activations of the first input key.

**The alphabetic keypad layout includes sequentially reordered characters – a QWERTY keyboard.**



*Source: https://www.youtube.com/watch?v=VWCJnppA_jw at 3:03*



**Samsung includes predictive text functionality to generate words and allows for input to be received in the first mode activated by the shift key or "first input key."**

*Source:* https://www.samsung.com/us/support/answer/ANS00079092

# Claim 1 – U.S. Patent No. 8,200,866

1.  An apparatus comprising:
a plurality of input keys collectively forming an alphabetic keypad layout and an alphanumeric keypad layout,
wherein the plurality of input keys includes a first input key associated with an alphabetic character set of the alphabetic keypad layout and further associated with an alphanumeric character set of the alphanumeric keypad layout, the alphabetic character set including a first set of alphabetic characters and the alphanumeric character set including a number and a second set of alphabetic characters:

wherein the apparatus is configured to operate in a first mode to receive as input a first alphabetic character out of said first set of alphabetic characters in response to an activation of the first input key, and in a second mode to receive as input a second alphabetic character out of the second set of alphabetic characters in response to an activation of the first input key, the second alphabetic character out of the second set of alphabetic characters being separate and distinct from the first alphabetic char acter out of the first set of alphabetic characters;

and wherein the alphabetic keypad layout includes two or more alphabetic characters sequentially reordered to reduce a number of words generated by a predictive input routine;
and wherein: the apparatus is configured, as part of receiving as input the first alphabetic character out of the first set of alphabetic characters in the first mode, to receive a single activation of the first input key;

and <u>the apparatus is further configured, as part of receiving as input the second alphabetic character out of the second set of alphabetic characters in the second mode, to allow for selection of the second alphabetic character out of the second set of alphabetic characters through one or more consecutive activations of the first input key.</u>

**The Samsung phone receives input out of the second alphabetic characters that are lowercase. When the shift key or "first input key" is activated or pressed, the keyboard toggles between the first mode and second mode. In the second mode, the Samsung keyboard allows for the second set alphabetic characters to be selected that are lowercase.**



*Source: https://www.youtube.com/watch?v=imgKZxqmcs8 at 1:12*