IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CLOUD CONTROLS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 2:24-cv-00925-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to the Third Amended Docket Control Order [Dkt. 32] and P.R. 4-3, Plaintiff Cloud Controls, LLC ("Cloud Controls" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") hereby submit this Joint Claim Construction and Prehearing Statement. The patents asserted in this case are U.S. Patent Numbers 7,167,703 (hereinafter, the "'703 Patent"), 8,195,087 (hereinafter, the "'087 Patent"), 8,200,866 (hereinafter, the "'866 Patent"), 9,585,003 (hereinafter, the "'003 Patent"), and 10,025,552 (hereinafter, the "'552 Patent") (collectively, the "Asserted Patents").

    A.    **P.R. 4-3(a)(1): Agreed Constructions**

None.

    B.    **P.R. 4-3(a)(2): Proposed Constructions of Disputed Terms; Intrinsic and Extrinsic Evidence**

- Plaintiff's proposed constructions and related required disclosures are attached as Exhibit 1.

-1-

- Defendants' proposed constructions and related required disclosures are attached as Exhibit 2.

For intrinsic evidence supporting their proposed constructions, the parties have made a good faith effort to identify intrinsic evidence they intend to rely on but reserve the right to identify additional intrinsic evidence relating to the Asserted Patents, any application they claim priority to or that is otherwise in their families, and their respective prosecution histories. The parties reserve the right to rely upon the evidence supplied by the opposing side. Furthermore, the grouping of individual claim terms is not an admission that these terms do not have any meaningful distinctions based on their differing language. The parties reserve the right to argue differences and distinctions between each claim term.

### C.    P.R. 4-3(a)(3):  Anticipated Length of Hearing

The parties anticipate 2 hours will be required, with each side being allotted 1 hour.

### D.    P.R. 4-3(a)(4):  Witnesses

The parties do not expect to present any live testimony of witnesses at the claim construction hearing.  However, to the extent the Court calls for live testimony, the parties reserve the right to move for live testimony from their respective experts.

### E.    P.R. 4-3(a)(5):  Other Issues for a Prehearing Conference

The parties do not currently have any issues that need to be taken up with the Court at a pre-hearing conference, and do not believe that a pre-hearing conference before the claim construction hearing is necessary.

Dated: November 13, 2025             Respectfully submitted,

| | |
|---|---|
| /s/ Fred I. Williams <br> Fred I. Williams, lead counsel <br> Texas State Bar No. 00794855 <br> fwilliams@wsltrial.com <br> Lea N. Brigtsen <br> Texas State Bar No. 24054504 <br> lbrigtsen@wsltrial.com <br> Stephen R. Dartt <br> Texas State Bar No. 24042370 <br> sdartt@wsltrial.com <br> WILLIAMS SIMONS & LANDIS PC <br> The Littlefield Building <br> 106 East 6th Street, Suite 900-168 <br> Austin, TX 78701-3665 <br> Telephone: 512-543-1354 <br><br> John Wittenzellner <br> Pennsylvania State Bar No. 308996 <br> WILLIAMS SIMONS & LANDIS PC <br> 1735 Market Street, Suite 125, #453 <br> Philadelphia, PA 19103 <br> Tel: 512-543-1373 <br> johnw@wsltrial.com <br><br> **Attorneys for Plaintiff Cloud Controls, LLC** | By: /s/ Melissa R. Smith <br> Melissa R. Smith <br> State Bar No. 24001351 <br> **GILLAM & SMITH, LLP** <br> 303 South Washington Avenue <br> Marshall, Texas 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br> Email: melissa@gillamsmithlaw.com <br><br> Steven Pepe <br> (NY Bar No. 2810430) <br> Matthew R. Shapiro <br> (NY Bar No. 5102017) <br> **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** <br> 30 Rockefeller Plaza <br> New York, NY 10112 <br> Telephone: (212) 653-8700 <br> Facsimile: (212) 653-87001 <br> spepe@sheppardmullin.com <br> mshapiro@sheppardmullin.com <br><br> David S. Chun <br> (CA Bar No. 315958) <br> **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** <br> 1540 El Camino Real, Suite 120Floor <br> Menlo Park, CA 94025 <br> Telephone: (650) 815-2600 <br> Facsimile: (650) 815-2601 <br> dchun@sheppardmullin.com <br><br> **Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2025, the undersigned caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants and counsel for Cloud Controls LLC met and conferred, and all parties agree to filing the foregoing document as a joint statement.

*/s/ Fred I. Williams*
Fred I. Williams
