**EXHIBIT 1**

**Plaintiff's Preliminary Claim Constructions for Joint Statement**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Extrinsic Evidence[2] |
|---|---|---|---|---|---|---|
| 1 | "individual selections of one or more control components" | '552 Patent – claim 1 | Plain and ordinary meaning; no construction necessary. | No | Abstract, Figs. 1-2; Figs. 3A-3C, Figs. 4-5; col. 1:32-42, 1:48-61; 1:66-2:51; 3:1-38; 3:41-4:15; 4:16-29; 4:59-5:10; 5:17-25; 5:49-60; 5:61-6:7; 6:24-48; 7:6-49. File History, App. No. 14/463,611, Office Action (11/10/2015) at p. 2-4. File History, App. No. 14/463,611, Amendment (February 10, 2016) at p. 2, 6-8. File History, App. No. 14/463,611, Office Action (09/09/2016) at p. 2-5. File History, App. No. 14/463,611, Response to Non-Final Office Action (December 9, 2016) at p. 2, 6-8 File History, App. No. 14/463,611, Office Action (03/23/2017) at p. 2-5. | None |

---

[1] Plaintiff reserves the right to rely on Defendants' evidence or provide additional evidence to rebut evidence proffered by Defendants.
[2] Plaintiff reserves the right to rely on Defendants' evidence or provide additional evidence to rebut evidence proffered by Defendants.

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Extrinsic Evidence[2] |
|---|---|---|---|---|---|---|
| | | | | | File History, App. No. 14/463,611, Amendment after Final Rejection (May 23, 2017) at p. 2, 7-9. File History, App. No. 14/463,611, Office Action (July 12, 2017) at p. 2-5. File History, App. No. 14/463,611, Response to Non-Final Office Action (November 29, 2017) at p. 2, 8-9. File History, App. No. 14/463,611, Notice of Allowance (March 15, 2018). | |
| 2 | "an individual selection of a set of buttons button of the one or more buttons" | '552 Patent – claim 5 | "an individual selection of a set of buttons of the one or more buttons" | No | Abstract, Figs. 1-2; Figs. 3A-3C, col. 1:32-42, 1:48-55; 1:66-2:21, 3:1-38, 3:39-4:15, 4:16-5:16, 7:61-8:20. File History, App. No. 14/463,611, Response to Non-Final Office Action (November 29, 2017) at p. 3-4, 8-9. File History, App. No. 14/463,611, Notice of Allowance (March 15, 2018). | None |

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Ex-trinsic Evi-dence[2] |
|---|---|---|---|---|---|---|
| | | | | | File History, App. No. 14/463,611, Amendment after Allowance (April 10, 2018) at p. 3-4, 8.<br><br>File History, App. No. 14/463,611, Response to Rule 312 Communication (April 19, 2018). | |
| 3A | "a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes" | '552 Patent – claim 1 | Plain and ordinary meaning; no construction necessary.<br><br>**If the Court rules the term is subject to § 112(6) then**:<br><br>**Function**: "receive individual selections of one or more control components out of a plurality of control components of the apparatus"<br><br>**Corresponding Structure**: input components, such as "buttons," "scroll wheels," "touchpads," "soft-key," "menu navigation," "and so on," and "touch screen or keypad," and equivalents thereof. | No | Abstract, Figs. 1-2; Figs. 3A-3C, Figs. 4-5; col. 1:32-42, 1:48-61; 1:66-2:51; 3:1-38; 3:41-4:15; 4:16-29; 4:59-5:10; 5:17-25; 5:49-60; 5:61-6:7; 6:8-23, 6:24-48; 7:6-49.<br><br>File History, App. No. 14/463,611, Office Action (11/10/2015) at p. 2-4.<br><br>File History, App. No. 14/463,611, Amendment (February 10, 2016) at p. 2, 6-8.<br><br>File History, App. No. 14/463,611, Office Action (09/09/2016) at p. 2-5.<br><br>File History, App. No. 14/463,611, Response to Non-Final Office Action (December 9, 2016) at p. 2, 6-8 | None |

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Extrinsic Evidence[2] |
|---|---|---|---|---|---|---|
| | | | | | File History, App. No. 14/463,611, Office Action (03/23/2017) at p. 2-5.<br><br>File History, App. No. 14/463,611, Amendment after Final Rejection (May 23, 2017) at p. 2, 7-9.<br><br>File History, App. No. 14/463,611, Office Action (July 12, 2017) at p. 2-5.<br><br>File History, App. No. 14/463,611, Response to Non-Final Office Action (November 29, 2017) at p. 2, 8-9.<br><br>File History, App. No. 14/463,611, Notice of Allowance (March 15, 2018). | |
| 3B | "a selection input to receive, from the user during configuration of an individual operational mode of a plurality of operational modes, an individual selection of a set of | '552 Patent – claim 5 | "a selection input to receive, from the user during configuration of an individual operational mode of a plurality of operational modes, an individual selection of a set of buttons of the one or more buttons"<br><br>**If the Court rules the term is subject to § 112(6) then**: | No | Abstract, Figs. 1-2; Figs. 3A-3C, col. 1:32-42, 1:48-55; 1:66-2:21, 3:1-38, 3:39-4:15, 4:16-5:16, 6:8-23, 7:61-8:20.<br><br>File History, App. No. 14/463,611, Response to Non-Final Office Action (December 9, 2016) at p. 3, 6-8 | None |

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Extrinsic Evidence[2] |
|---|---|---|---|---|---|---|
| | buttons button of the one or more buttons" | | **Function**: "receive, from the user during configuration of an individual operational mode of a plurality of operational modes, an individual selection of a set of buttons of the one or more buttons"<br><br>**Corresponding Structure**: input components, such as "buttons," "scroll wheels," "touchpads," "soft-key," "menu navigation," "and so on," and "touch screen or keypad," and equivalents thereof. | | File History, App. No. 14/463,611, Office Action (03/23/2017) at p. 2-4, 6-7.<br><br>File History, App. No. 14/463,611, Amendment after Final Rejection (May 23, 2017) at p. 3, 7-9.<br><br>File History, App. No. 14/463,611, Office Action (July 12, 2017) at p. 2-3, 6-7.<br><br>File History, App. No. 14/463,611, Response to Non-Final Office Action (November 29, 2017) at p. 3-4, 8-9.<br><br>File History, App. No. 14/463,611, Notice of Allowance (March 15, 2018).<br><br>File History, App. No. 14/463,611, Amendment after Allowance (April 10, 2018) at p. 3-4, 8.<br><br>File History, App. No. 14/463,611, Response to Rule 312 Communication (April 19, 2018). | |

5

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Ex-trinsic Evi-dence[2] |
|---|---|---|---|---|---|---|
| 4 | "communications state" | '087 patent – claims 7, 8 | Plain and ordinary meaning; no construction necessary | No | Abstract, Figs. 1-6; col. 1:24-35, 1:41-58, 1:66-2:14, 2:48-56, 2:60-3:52, 3:65-4:58, 5:9-16, 5:30-49, 6:64-7:15, 8:36-56.<br><br>File History, App. No. 13/158,269, Notice of Allowability (January 30, 2012) at p. 2-3. | None |
| 5 | "the command" | '087 patent – claims 8, 9 | Plain and ordinary meaning; no construction necessary. | No | Abstract, Figs. 1-6; col. 1:24-35, 1:41-58, 1:66-2:14, 2:60-3:52, 3:65-5:8, 5:9-16, 5:30-6:19, 6:64-7:26, 8:36-59.<br><br>File History, App. No. 13/158,269, Notice of Allowability (January 30, 2012) at p. 2-3. | None |
| 6 | "communications control component … configured to implement a command associated with the communications state of the portable media player when the input | '087 patent – claim 7 | Plain and ordinary meaning; no construction necessary<br><br>**If the Court rules the term is subject to § 112(6) then**:<br><br>**Function**: "implement a command associated with the communications state of the portable media player" | No | Abstract; Figs. 1-7; col. 1:24-35, 1:41-61, 1:66-2:14, 2:30-59, 2:60-3:52, 3:53-64, 3:65-4:58, 5:9-29, 5:30-6:10, 6:11-6:63, 6:64-7:26, 8:36-59.<br><br>File History, App. No. 13/158,269, Notice of Allowability (January 30, 2012) at p. 2-3. | None |

6

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Extrinsic Evidence[2] |
|---|---|---|---|---|---|---|
| | is received from the user" | | **Corresponding Structure**: A processor performing one or more of the network-control routines shown in either **FIGS. 2, 4, or 7** (routines 200, 400, or 700), or equivalents thereof. | | | |
| 7 | "the alphabetic keypad layout includes two or more alphabetic characters sequentially reordered to reduce a number of words generated by a predictive input routine" | '866 patent – claim 1 | Plain and ordinary meaning; no construction necessary | No. | Abstract; Figs. 1-7; col. 1:35-51, 1:55-2:2; 3:5-22, 4:33-48, 4:66-15, 5:36-6:38, 7:27-8:14, 9:10-45, 9:46-58, 10:11-56, 12:1-4, 12:48-58.<br><br>File History, App. No. 11/547,826, Notice of Allowability (January 20, 2012) at p. 3-5.<br><br>File History, App. No. 11/547,826, Amendment (January 6, 2012) at p. 3, 6, 8-9.<br><br>File History, App. No. 11/547,826, Amendment after Final (August 12, 2011) at p. 3, 6, 8-13.<br><br>File History, App. No. 11/547,826, Office Action (04/13/2011) at p. 3-4, 7-8, 12. | |

7

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Ex-trinsic Evi-dence[2] |
|---|---|---|---|---|---|---|
| | | | | | File History, App. No. 11/547,826, Amendment in support of Request for Examination (March 21, 2011) at p. 3, 5, 8-11.<br><br>File History, App. No. 11/547,826, Amendment and Response to Final Office Action (February 22, 2011) at p. 3, 5, 8-11.<br><br>File History, App. No. 11/547,826, Office Action (12/22/2010) at p. 3-4, 5-6, 9.<br><br>File History, App. No. 11/547,826, Amendment and Response to Office Action (October 12, 2010) at p. 3-4, 7-8, 9-13.<br><br>File History, App. No. 11/547,826, Office Action (07/09/2010) at p. 2-9.<br><br>File History, App. No. 11/547,826, Amendment/Remarks accompanying Request for Continued Examination (April 6, 2010) at p. 4-5, 10-12. | |

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Extrinsic Evidence[2] |
|---|---|---|---|---|---|---|
| 8A | "transmit a selected one of the selected [first/second] image message and a first identifier of the selected [first/second] image message" | '703 patent – claims 1, 5, 6, 10, 14, 15 | Plain and ordinary meaning; no construction necessary | No. | Abstract; Figs. 1, 7-9, 14; 1:41-60, 1:64-2:19, 2:53-54, 3:1-7, 3:19-20, 3:25-27, 4:3-58, 10:42-11:13, 11:62-12-28, 12:36-67, 15:18-49, 16:11-18:24.<br><br>File History, App. No. 10/255,860, Office Action (03/21/2006) at p. 2-4.<br><br>File History, App. No. 10/255,860, Amendment and Response to Office Action (June 20, 2006) at p. 1-5, 17-20.<br><br>File History, App. No. 10/255,860, Notice of Allowability (September 12, 2006) at p. 3-4. | |
| 8B | "receive a selected one of a [first/second] image message and a [first/second] identifier of the [first/second] image message" | '703 patent – claims 19, 24, 27, 32 | Plain and ordinary meaning; no construction necessary | No. | Abstract; Figs. 1, 7-9, 14; 1:41-60, 1:64-2:19, 2:53-54, 3:1-7, 3:19-20, 3:25-27, 4:3-58, 10:42-11:13, 11:62-12-28, 12:36-67, 15:18-49, 18:25-19:51.<br><br>File History, App. No. 10/255,860, Office Action (03/21/2006) at p. 2-4. | |

9

**EXHIBIT 1**

| No. | Claim Term, Phrase, or Clause | Asserted Claim(s) | Plaintiff's Proposed Construction | Subject to 35 U.S.C. § 112, ¶ 6 | Intrinsic Record[1] | Ex-trinsic Evi-dence[2] |
|---|---|---|---|---|---|---|
| | | | | | File History, App. No. 10/255,860, Amendment and Response to Office Action (June 20, 2006) at p. 1-5, 17-20.<br><br>File History, App. No. 10/255,860, Notice of Allowability (September 12, 2006) at p. 3-4. | |