# EXHIBIT 2

## I. U.S. PATENT NO. 10,025,552

| Term Number | Claim Term | '552 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "individual selections of one or more control components" | 1 | "selections that each specify a particular control component" | '552 Patent, 1:66-2:21, 2:22-36, 4:16-29, 4:59-5:10<br><br>'552 File History, Nov. 12, 2016 Office Action, December 9, 2016 Office Action Response, March 23, 2017 Office Action, May 23, 2017 Office Action Response.<br><br>Wassingbo, Figs. 3A-3D, [0047], [0051] | Testimony of Dr. Neikirk regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim language; and background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |
| 2. | "individual selection of a set of buttons | 5 | Indefinite. | '552 Patent, 3:1-21, 3:30-38. 4:16-29, 4:59-5:10 | Testimony of Dr. Neikirk regarding how one of ordinary skill in |

| Term Number | Claim Term | '552 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | button of the one or more buttons" | | | | the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim language; and background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |
| 3. | "a selection input to receive individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational | 1, 5 | Subject to § 112(6), indefinite.<br><br>Function (Claim 1): "receiv[ing] individual selections of one or more control components out of a plurality of control components of the apparatus during a control component configuration for an individual operational mode of a plurality of operational modes." | | Testimony of Dr. Neikirk regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim language; and background and context regarding the |

| Term Number | Claim Term | '552 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | mode of a plurality of operational modes" <br><br> "a selection input to receive, from the user during configuration of an individual operational mode of a plurality of operational modes, an individual selection of a set of buttons button of the one or more buttons" | | Function (Claim 5): "receive, from the user during configuration of an individual operational mode of a plurality of operational modes, an individual selection of a set of buttons button of the one or more buttons." <br><br> Structure: Not disclosed. | | technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |

## II.     U.S. PATENT NO. 8,195,087

| Term Number | Claim Term | '087 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 4. | "the communications state" (claims 7, 8) / <br><br> "a communications state" (claim 7). | 7, 8 | Indefinite | | Testimony of Dr. Neikirk regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim |

| Term Number | Claim Term | '087 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | language; and background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |
| 5. | "the command" | 8, 9 | Indefinite | | Testimony of Dr. Neikirk regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim language; and background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the |

| Term Number | Claim Term | '087 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |
| 6. | "communications control component … configured to implement a command associated with the communications state of the portable media player when the input is received from the user" | 7 | Subject to 112(6), indefinite.<br><br>Function: "implement a command associated with the communications state of the portable media player when the input is received from the user."<br><br>Structure: Not disclosed. | | Testimony of Dr. Neikirk regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim language; and background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |

### III. U.S. PATENT NO. 8,200,866

| Term Number | Claim Term | '866 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 7. | "the alphabetic keypad layout includes two or more alphabetic characters sequentially reordered to reduce a number of words generated by a predictive input routine" | 1 | "the alphabetic keypad layout deviating from a standard keypad layout by changing the sequential order of at least two alphabetic characters, such that fewer words are generated by a predictive input routine as compared to the standard layout" | '866 patent, 1:38-59, 3:5-44, 5:3-8, Fig. 1, Fig. 2, Claims 8, 22<br><br>'866 File History, June 9, 2009 Office Action<br><br>'866 File History, September 8, 2009 Office Action Response<br><br>'866 File History, October 12, 2010 Office Action Response<br><br>'866 File History, December 22, 2010 Office Action<br><br>'866 File History, January 20, 2012 Notice of Allowability<br><br>U.S. Patent App. Pub. No. 2004/0164951 ("Griffin"), Figs. 7a, 11A, 20, [0003], [0116] | Testimony of Dr. Neikirk regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim language; and background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |

## IV. U.S. PATENT NO. 7,167,703

| Term Number | Claim Term | '703 Claims | Samsung's Proposed Construction | Intrinsic Evidence | Extrinsic Evidence |
|---|---|---|---|---|---|
| 8. | "transmit[ting] a selected one of the selected [first/second] image message and a first identifier of the selected [first/second] image message"<br><br>"receiv[e/ing] a selected one of a [first/second] image message and a [first/second] identifier of the [first/second] image message" | 1, 5, 6, 10, 14, 15, 19, 24, 27, 32 | "transmit[ting], based on both a selection of a [first/second] image message and a selection of whether to transmit that image message or a [first/second] identifier of that image message, either the [first/second] image message or a [first/second] identifier of that image message"<br><br>"receiv[ing], based on a selection whether to receive an image message or an identifier of the image message, either the [first/second] image message or a [first/second] identifier of the [first/second] image message" | '703 patent, 2:14-19, 6:61-67, 7:1-8, 8:4-21, 8:27-39, 8:58-67, 9:5-52, 10:21-28, 10:48-58, 10:62-11:19, 12:4-28, 12:47-61, 15:18-30, Fig. 5, Fig. 7, Fig. 8, Fig. 9<br><br>'703 File History, June 23, 2006 Office Action Response | Testimony of Dr. Neikirk regarding how one of ordinary skill in the art at the time of the claimed inventions of the Asserted Claims would have understood the identified claim language; and background and context regarding the technology at issue, including, but not limited to, the level of ordinary skill in the art, in an effort to assist the Court in understanding the technology in dispute from the perspective of one of ordinary skill at the relevant time. |