# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CLOUD CONTROLS LLC, § <br>     *Plaintiff*, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> *and* SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br>     *Defendants*. § <br> § | CASE NO. 2:24-CV-00925-JRG-RSP |

## ORDER

Before the Court is the Parties' Joint Motion to Continue Stay of All Deadlines. **Dkt. No. 44**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the stay of all unreached deadlines in the above-captioned case is extended until February 5, 2026, by which time the Parties shall submit the appropriate dismissal papers.

**SIGNED this 8th day of January, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE